# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GASTON JOSEPH DANJOU,

    *Petitioner*,

vs.

BRIAN E. WILLIAMS, *et al.*,

    *Respondents*.

2:16-cv-00215-RFB-PAL

ORDER

    This is a habeas corpus proceeding under 28 U.S.C. § 2254 brought by Gaston Joseph Danjou, a Nevada prisoner. On February 26, 2017, this court entered a screening order identifying defects in Curtis's initial habeas petition and granting him leave to amend. ECF No. 5. On March 14, 2017, Curtis filed an amended petition. ECF No. 7.

    The court has screened the amended petition and concludes that the respondents shall be served with the amended petition and directed to respond to it. *See* Rule 4, Rules Governing § 2254 Cases in the U.S. District Courts.

    **IT IS THEREFORE ORDERED** that the Clerk shall ELECTRONICALLY SERVE the amended petition for writ of habeas corpus (ECF No. 7) and a copy of this order on the respondents.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

    **IT IS FURTHER ORDERED** that respondents shall file a response to the amended petition (ECF No. 7), including potentially a motion to dismiss, within sixty (60) days of the date of this order,

1  with any requests for relief by petitioner by motion otherwise being subject to the normal briefing
2  schedule under the local rules.

3        **IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from service of the
4  answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for
5  relief by respondents by motion otherwise being subject to the normal briefing schedule under the local
6  rules.

7        **IT IS FURTHER ORDERED** that any state court record exhibits filed herein by either
8  petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by
9  number.  The CM/ECF attachments that are filed shall be identified by the number or numbers of the
10 exhibits in the attachment. The hard copy of any additional state court record exhibits shall be
11 forwarded – for this case – to the staff attorneys in **Reno**.

12       **DATED** this 4th day of April, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE